# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Dimel Gil Castillo | ) | Case No. |
| | ) | 1:17-mj-131-01-AJ |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 8, 2017  in the county of  Hillsborough  in the District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Juan D. Infante Jr.
*Complainant's signature*

Juan D. Infante Jr., DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2017

*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*