# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No. 17-mj-** 131-01-AJ |
| **v.** ) | |
| ) | |
| **JUAN DIMEL GIL CASTILLO** ) | |
| _____ ) | |

## MOTION TO SEAL

NOW COMES John J. Farley, Acting United States Attorney for the District of New Hampshire, and hereby moves that the Complaint, supporting Affidavit, and Arrest Warrant in the above-captioned case be sealed at Level I until the defendant is taken into custody by the DEA. In support thereof, the government submits that disclosure of this charging document could prompt the target to flee and/or conceal his unlawful conduct by tampering with evidence.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

By:   /s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH 03301
(603) 230-1552

October 13, 2017                    Georgiana.konesky@usdoj.gov

Motion: _X_ Granted _____ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge