UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      v.                                        )<br>)<br>SERGIO MARTINEZ, et al.        )<br>_____) | Docket No. 1:24-CR-00033-JL |

APPEARANCE

    Please enter my appearance as counsel for the United States of America in the above-entitled case.

    Respectfully submitted,

    JANE E. YOUNG
    United States Attorney

    /s/ Heather A. Cherniske
    Assistant U.S. Attorney
    New Hampshire Bar # 19837
    53 Pleasant Street, 4th Floor
    Concord, New Hampshire 03301
    (603) 225-1552
    heather.cherniske@usdoj.gov

Date:  December 13, 2024